IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| APRIL M. SACQUAT, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | No. 25-4101-KHV |
| ) | |
| TARGET CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# ORDER

This matter is before the Court on Defendant's Motion To Dismiss For Failure To State A Claim, Or In The Alternative, Request For More Definite Statement (Doc. #5) filed October 17, 2025.  Plaintiff had until November 10, 2025, to respond to defendant's motion.  See D. Kan. Rule 6.1(d)(1) (response to motion to dismiss due within 21 days after motion served); Fed. R. Civ. P. 6(d) (deadline extended three days for service by mail).  Plaintiff did not file a response, and defendant's motion is therefore unopposed.  A party who fails to file a responsive brief or memorandum within the specified time waives the right to later do so, and the Court will consider and decide the motion as uncontested.  D. Kan. Rule 7.1(c).  Ordinarily, the Court will grant the motion without further notice.  Id.  For this reason and substantially the reasons stated in Defendant's Memorandum In Support Of Motion To Dismiss For Failure To State A Claim, Or In The Alternative, Request For More Definite Statement (Doc. #6) filed October 17, 2025, the Court sustains defendant's motion and dismisses plaintiff's complaint (Doc. #1-1).[1]

**IT IS THEREFORE ORDERED** that Defendant's Motion To Dismiss For Failure To

---

[1] The Court notes that plaintiff has raised substantially identical claims in Sacquat v. Target Corp., D. Kan. No. 25-2698, which remains pending before the undersigned judge.

-2-

State A Claim, Or In The Alternative, Request For More Definite Statement (Doc. #5) filed October 17, 2025 is **SUSTAINED.  Under Rule 12(b)(6), Fed. R. Civ. P., the Court dismisses plaintiff's complaint (Doc. #1-1) for failure to state a claim on which relief can be granted.**

Dated this 3rd day of December, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
